**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 08-000327-002-CG** |
| | ) | |
| **JASON R. KELLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This matter is before the court on defendant's renewed motion for judgment of acquittal (Doc. 657) and the government's response (Doc. 677) and the defendant's reply (Doc. 692). The court has carefully considered the grounds raised in the motion, and has concluded that the verdicts are supported by the weight of the evidence. Accordingly, the motion is **DENIED.**

**DONE** and **ORDERED** this 24th day of September, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE